IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA BINGHAM, both individually and as the Administratrix of the ESTATE OF JUSTIN T. AICHHOLZ, | : <br> : <br> : <br> : |
| Plaintiffs, | : <br> : : CIVIL ACTION |
| v. | : <br> : : DOCKET NO. 2:22-cv-02769 |
| LANCASTER COUNTY, SERGEANT PHILIP KLINGER, CORRECTIONAL OFFICER MARCUS JONES, CORRECTIONAL OFFICER RANDALL SNODDERLY, CORRECTIONAL OFFICER NICHOLAS CARPINELLI, CORRECTIONAL OFFICER JEFFREY CHRISTNER, CORRECTIONAL OFFICER JOHN/JANE DOES (1-10), PRIMECARE MEDICAL, INC., WILLIAM CATTELL, MD, JESSICA GRIMM, LSW, and CASSANDRA BIRRIEL, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

**TABLE OF CONTENTS OF JOINT APPENDIX OF THE LANCASTER COUNTY DEFENDANTS AND PRIMECARE MEDICAL, INC., DEFENDANTS**

| **EXHIBIT NO.** | **DESCRIPTION** | **BATES** |
|:---:|:---:|:---:|
| A | Video Exhibit Sent to Clerk of Courts | JA000001 |
| B | Report Packet and Cell Block Log | JA000002-000042 |
| C | Investigator Stevens Final Incident Report | JA000043-000059 |
| D | PrimeCare Medical Records | JA000060-000185 |
| E | Department of Corrections Inspection Letters | JA000186-000188 |
| F | National Commission on Correctional Healthcare Accreditation | JA000189-000201 |
| G | Deposition Transcript of Gary Aichholz | JA000202-000352 |
| H | Deposition Transcript of Cynthia Bingham | JA000353-000503 |
| I | Deposition Transcript of Cassandra Birriel, LPC | JA000504-000785 |
| J | Deposition Transcript of William Cattel, MD | JA000786-000896 |

| | | |
|---|---|---|
| K | Deposition Transcript of Jessica Grimm, LSW | JA000897-001161 |
| L | Deposition Transcript of Julissa Otero, LPN | JA001162-001377 |
| M | Deposition Transcript of C.O. Christner | JA001378-001726 |
| N | Deposition Transcript of C.O. Carpinelli | JA001727-001854 |
| O | Deposition Transcript of C.O. Jones | JA001855-002103 |
| P | Deposition Transcript of Sgt. Klinger | JA002104-002260 |
| Q | Deposition Transcript of C.O. Snodderly | JA002261-002420 |
| R | Deposition Transcript of Thomas Weber | JA002421-002540 |
| S | Expert Report of Andrew Baker, MD | JA002541-002548 |
| T | Statement of Jason Velaquez | JA002549-002553 |
| U | Deposition Transcript of Warden Steberger | JA002554-002683 |

## CERTIFICATE OF SERVICE

I, David J. MacMain, Esq., hereby certify that on this 17th day of October 2023, a copy of the foregoing was served upon all counsel of record via ECF:

Nancy J. Winkler, Esquire
Todd Schoenhaus, Esquire
Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.
1634 Spruce Street
Philadelphia, PA 19103
*Attorney for Plaintiffs*

John R. Ninosky, Esquire
Marshall Dennehey Warner Coleman & Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011
*Attorney for PrimeCare Defendants*

Respectfully submitted,

**MacMain Leinhauser PC**

By:   */s/ David J. MacMain*
David J. MacMain
PA Attorney I.D. No. 59320
Matthew S. Polaha
PA Attorney I.D. No. 320674
433 W. Market Street, Suite 200
West Chester, PA 19382
*Attorney for Defendants, Lancaster County, Sergeant Philip Klinger, Officer Marcus Jones, Officer Jeffrey Christner, Correctional Officer Randall Snodderly, and Correctional Officer Nicholas Carpinelli*